United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUSTIN TYRELL LUSTER,
Plaintiff,

v.

GINAE STINSON, et al.,
Defendants.

Case No. 26-cv-09130-JST

**ORDER OF DISMISSAL**

On or about August 27, 2026, Plaintiff filed a *pro se* civil rights complaint with this Court, ECF No. 1, and a state court request to waive court fees, ECF No. 2. That same day, the Court informed Plaintiff that this action was deficient because he had not submitted the correct *in forma pauperis* application. ECF No. 3. The Court ordered Plaintiff to submit a correct and complete *in forma pauperis* application by September 24, 2026, and informed him that failure to comply with this deadline would result in the action being dismissed without prejudice. ECF No. 3. The Court sent Plaintiff a copy of the correct *in forma pauperis* application. ECF No. 3. The deadline has passed and Plaintiff has neither filed a complete *in forma pauperis* applicationn or communicated with the Court. Accordingly, this action is DISMISSED for failure to file a complete *in forma pauperis* application or, in the alternative, pay the full filing fee. The dismissal is without prejudice to Plaintiff filing a motion to reopen the action. Any motion to reopen must be accompanied by either the filing fee or a complete *in forma pauperis* application.

**IT IS SO ORDERED.**

Dated: October 14, 2026

JON S. TIGAR
United States District Judge